JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR TUBIO,<br><br>                               Plaintiff,<br><br>     v.<br><br>ADIDAS AMERICA, INC., an Oregon corporation; ADIDAS AG, a German stock corporation; and DOES 1 through 500, inclusive,<br><br>                               Defendants. | Case No. CV 22-6424-GW-PVCx<br><br>**ORDER FOR VOLUNTARY DISMISSAL AND TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT**<br><br>Discovery Cut-Off:     December 8, 2023<br>Pretrial Conference:  June 27, 2024<br>Trial Date:                   July 9, 2024<br><br>Complaint Filed:       September 8, 2022 |

[Proposed] Order For Voluntary Dismissal And To Retain Jurisdiction To Enforce Settlement

|   |   |
|---|---|
| 1 | In accordance with the above stipulation, and for good cause appearing |
| 2 | therefore, it is hereby ordered that the above action shall be dismissed with prejudice |
| 3 | as to all Defendants in its entirety, with each Party to bear their own attorneys' fees |
| 4 | and costs. However the Court shall in this case retain jurisdiction over the Parties to |
| 5 | enforce the terms and conditions of the Parties' Settlement Agreement. |
| 6 | **IT IS SO ORDERED.** |

DATED: July 3, 2024

_____
HON. GEORGE H. WU,
United States District Judge

[Proposed] Order For Voluntary Dismissal And To Retain Jurisdiction To Enforce Settlement